## Shaub, Appellant, *v.* Brubaker & Shaub.

OPINION BY HEAD, J., February 28, 1920:

For the reasons given in the opinion this day filed in the appeal between the same parties at No. 95, October Term, 1919, this appeal is dismissed at the costs of the appellant.